ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Garry Jacques, dba. JCMCS | ) ASBCA No. 62754 |
| | ) |
| Under Contract No. N62473-18-C-1208 | ) |

APPEARANCES FOR THE APPELLANT:    Casey J. McKinnon, Esq.
  Cohen Seglias Pallas Greenhall & Furman PC
  Washington, DC

  Michael Metz-Topodas, Esq.
  Saul Ewing Arnstein & Lehr LLP
  Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
  Joshua S. Kauke, Esq.
  Trial Attorney

ORDER OF DISMISSAL

For reasons indicated by appellant, the Board is unable to proceed with disposition of the above appeal for an inordinate length of time due to factors not within the control of the Board. As such, appellant has requested dismissal under Board Rule 18, and the government consents to the request.

Accordingly, the above appeal is hereby dismissed without prejudice pursuant to Board Rule 18. Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: November 9, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62754, Appeal of Garry Jacques, dba. JCMCS, rendered in conformance with the Board's Charter.

Dated: November 9, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals